Dear Judge Howard,

I hope this letter finds you well. I am writing on behalf of Christopher Smith. My name is Alvin Smith. No relation but like brothers.

I have known Chris for about 10 years and despite meeting under questionable circumstances. I have nothing but the utmost respect for Chris. I know him as a kind hearted, hardworking, caring and family oriented person. I know that he would give his last to anyone, whether he knew you or not.

I am very aware that you are going to look to do what you think is fair and appropriate. However I do ask that you show leniency and mercy in this circumstance. When Chris is released, I will be able to provide him a job and he will have a support system with his daughter, his mother and I.  We will also look to provide accountability as well in order to ensure not only his integration back into society, but also to provide a means to make him a productive member of society. We know he has a lot of positivity to give, and we are here to cultivate it.

I thank you so much for your time.

Alvin Smith

The Honorable Judge Marcia Morales Howard
U.S. District Court, Middle District of Florida
300 North Hogan Street Jacksonville, FL 32202

I'm writing to provide the court with additional information about Mr. Smith for the upcoming sentencing hearing.

My name is Timothy Thomas I currently reside in Greenwood, Louisiana I'm 61 years of age and currently working for Liberty Tax as an at-home tax processor.

I moved to Waycross, Georgia in 1992 where I met the Smith family they owned a small 2nd hand store where I shopped for Items to supply my rental properties and we became very good friends including Christopher.  He was always very polite and helpful as a young child and then later in adulthood he showed compassion and eagerness to reach out and help others, he even took a road trip with me to move furniture when I relocated to Wildwood, Florida in 2001

I was shocked to hear from his mother Alesia about the events that lead upto where we are, I can only hope you find some kindness is assessing his situation.

Thank you

*[signature]*

Timothy Thomas
[redacted]
Greenwood, LA.  71033
[redacted]